# **EXHIBIT B**

