UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| T. ERIC MONROE<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LEAFLY HOLDINGS, INC.,<br><br>　　　　　Defendant. | Case No.: 1:23-cv-06243-SHS<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that Defendant Leafly Holdings, Inc. hereby notifies the Court that it and Plaintiff T. Eric Monroe have reached an agreement in principle to settle all claims between them in this matter and are in the process of documenting and performing their settlement obligations. These parties accordingly respectfully request that the Court suspend all deadlines in this action. This is the parties' first request for the Court to suspend deadlines in this action. The parties anticipate filing a stipulation of dismissal within 45 days. Plaintiff has consented to this submission.

Dated: New York, New York
　　　　September 11, 2023

Respectfully submitted,

**COWAN DeBAETS ABRAHAMS
& SHEPPARD, LLP**

By: /s/ Benjamin S. Halperin
Benjamin S. Halperin, Esq.
41 Madison Avenue, 38th Floor
New York, New York 10010
Telephone: (212) 974-7474

*Attorneys for Leafly Holdings, Inc.*

The initial pretrial conference will take place as scheduled on October 26, 2023, at 10:00 a.m., unless a stipulation of dismissal is filed prior to that date.

Dated: New York, New York
　　　　September 11, 2023

SO ORDERED

/s/ Sidney H. Stein

Hon. Sidney H. Stein
U.S. District Judge