**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| T. ERIC MONROE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LEAFLY HOLDINGS, INC., a Washington corporation; and DOES 1-10,<br><br>Defendants. | Civil Action No. 1:23-cv-06243-SHS<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

1

2

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff T. Eric Monroe, by and through his undersigned attorneys, hereby dismisses this action in its entirety pursuant to Fed. R. Civ. §41(a)(1)(A)(i), with prejudice, and with each side bearing its own costs and attorneys' fees.

Dated:   September 20, 2023                    Respectfully submitted,

By: _____
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
(310) 590-1820
scott@donigerlawfirm.com
*Attorney for Plaintiff*